Case 1:26-cr-10011-STA     Document 25     Filed 03/12/26     Page 1 of 1     PageID 39
Case 1:26-cr-10011-S___ *SEALED*  Document 6   Filed (__/23/26   Page 1 of 2
PageID 12

AO 442 (Rev. 11/11) Arrest Warrant                              H7909-512

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:26-cr-10011-STA |
| Darryl Ray Barnes | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Darryl Ray Barnes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Drug trafficking, in violation of 21 U.S.C. Section 841a1

Date:   02/23/2026                                     s/Andrew Shulman

City and state:   Jackson, Tennessee           Wendy R. Oliver, U.S. District Court Clerk
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/26 , and the person was arrested on *(date)* 3/11/26
at *(city and state)* Henry, TN .

Date: 3/11/26

                                                *Arresting officer's signature*

                                        SA Christopher Roberts
                                              *Printed name and title*